# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HANSEN, FRANCK E             § Case No. 13-80480
                                    §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   327 S Church Street, Room 1100
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/20/2013 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  10/21/2013          By:  /s/BERNARD J. NATALE
                                                                                            Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: HANSEN, FRANCK E § Case No. 13-80480
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.00 |
| *and approved disbursements of* | $ 47.96 |
| *leaving a balance on hand of* [1] | $ 9,952.04 |
| **Balance on hand:** | $ 9,952.04 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,952.04 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,045.00 | 0.00 | 1,045.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 19.74 | 0.00 | 19.74 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,814.74 |
| Remaining balance: | $ 7,137.30 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 7,137.30 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $344,447.89 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service (IRS) | 344,447.89 | 0.00 | 7,137.30 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 7,137.30 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,304.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 5,069.09 | 0.00 | 0.00 |
| 3 | American Express Bank, FSB | 278.63 | 0.00 | 0.00 |
| 4 | eCAST Settlement Corporation, assignee | 627.44 | 0.00 | 0.00 |
| 5 | American Express Bank, FSB | 2,329.77 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $      0.00
Remaining balance:   $      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $      0.00
Remaining balance:   $      0.00

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-80480-TML
Franck E Hansen                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 1          Date Rcvd: Oct 24, 2013
                              Form ID: pdf006          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2013.
db         +Franck E Hansen,    2813 Regner Road,    McHenry, IL 60051-6942
20726498    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20050172   +Amex,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
20500809    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20050174   +Carestream Health, Inc.,    150 Verona Street,    Rochester, NY 14608-1733
20050178   +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
20050177   +Chase,    Po Box 901039,   Fort Worth, TX 76101-2039
20050176   +Chase,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
20050181   +Munsee Foods,    2816 S. High Street,    Muncie, IN 47302-5044
20050182   +New Source Logisitics LLC D/B/A,    Premier Fulfillment c/o Steven Rotu,
             20 S. Clark Street, 29th Floor,    Chicago, IL 60603-1810
20050183   +Thd/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
20122156   +The Home Depot,    Po Box 6497,   Sioux Falls, SD 57117-6497
20726499    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20050171   +E-mail/Text: ally@ebn.phinsolutions.com Oct 25 2013 00:44:20      Ally Financial,
             200 Renaissance Ctr,    Detroit, MI 48243-1300
20050173   +E-mail/Text: RBALTAZAR@ARMORSYS.COM Oct 25 2013 00:46:56      Armor Systems Co,
             1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
20050175   +E-mail/Text: contact@csicollects.com Oct 25 2013 00:46:57      Certified Services Inc,
             1733 Washington St Ste 2,    Waukegan, IL 60085-5192
20050179    E-mail/Text: cio.bncmail@irs.gov Oct 25 2013 00:44:43      Internal Revenue Service (IRS),
             PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20050180     Mark Padley
20122157     Mark Padley,    unknown
20733520*    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20122158*   +Carestream Health, Inc.,    150 Verona Street,    Rochester, NY 14608-1733
20122159*   +Munsee Foods,    2816 S. High Street,    Muncie, IN 47302-5044
20122160*   +New Source Logisitics LLC D/B/A,    Premier Fulfillment c/o Steven Rotu,
              20 S. Clark Street, 29th Floor,    Chicago, IL 60603-1810
                                                                                   TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2013 at the address(es) listed below:
          Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
          Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          Carole J. Ryczek    on behalf of Trustee Bernard J Natale carole.ryczek@usdoj.gov
          James M Philbrick    on behalf of Creditor    Ally Financial Inc F/K/A GMAC Inc jmphilbrick@att.net
          John J Lynch    on behalf of Debtor Franck E Hansen jjlynch@jjlynchlaw.com,
           rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com;lpecf2011@gmail.com
          Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
           mbolte@bjnatalelaw.com
          Nisha B Parikh    on behalf of Creditor    JP Morgan Chase Bank, N.A. nparikh@fal-illinois.com,
           bankruptcy@fal-illinois.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 8