**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: HANSEN, FRANCK E          § Case No. 13-80480
                                 §
                                 §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $426,975.00                Assets Exempt: $18,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,137.30      Claims Discharged
                                                Without Payment: $198,894.93

Total Expenses of Administration: $2,862.70

---

    3)  Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $523,876.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,862.70 | 2,862.70 | 2,862.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 400,000.00 | 344,447.89 | 344,447.89 | 7,137.30 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 196,290.00 | 8,304.93 | 8,304.93 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,120,166.00 | $355,615.52 | $355,615.52 | $10,000.00 |

4) This case was originally filed under Chapter 7 on February 16, 2013. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2014            By: /s/BERNARD J. NATALE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Harley Davidson Motocycle | 1129-000 | 7,000.00 |
| 2003 Hydra WA21 Foot Boat | 1129-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 368,239.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 122,422.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 4110-000 | 33,215.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$523,876.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 19.74 | 19.74 | 19.74 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,045.00 | 1,045.00 | 1,045.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 14.11 | 14.11 | 14.11 |
| Rabobank, N.A. | 2600-000 | | N/A | 13.85 | 13.85 | 13.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | **$2,862.70** | **$2,862.70** | **$2,862.70** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service (IRS) | 5800-000 | 400,000.00 | 344,447.89 | 344,447.89 | 7,137.30 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$400,000.00** | **$344,447.89** | **$344,447.89** | **$7,137.30** |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 4,795.00 | 5,069.09 | 5,069.09 | 0.00 |
| 3 | American Express Bank, FSB | 7100-000 | 278.00 | 278.63 | 278.63 | 0.00 |
| 4 | eCAST Settlement Corporation, assignee | 7100-000 | 627.00 | 627.44 | 627.44 | 0.00 |
| 5 | American Express Bank, FSB | 7100-000 | N/A | 2,329.77 | 2,329.77 | 0.00 |
| NOTFILED | Munsee Foods | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Certified Services Inc | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | New Source Logisitics LLC D/B/A Premier Fulfillment | 7100-000 | 76,400.00 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot | 7100-000 | 1,619.00 | N/A | N/A | 0.00 |
| NOTFILED | Carestream Health, Inc. | 7100-000 | 75,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Ally Financial | 7100-000 | 12,171.00 | N/A | N/A | 0.00 |
| NOTFILED | Armor Systems Co | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $196,290.00 | $8,304.93 | $8,304.93 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-80480  
**Case Name:** HANSEN, FRANCK E  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/16/13 (f)  
**§341(a) Meeting Date:** 03/21/13  

**Period Ending:** 02/18/14  
**Claims Bar Date:** 07/25/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 2813 Regner Road, McHenry | 370,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking / Savings Account at BMO Harris Bank | 5,375.00 | 575.00 | | 0.00 | FA |
| 4 | Checking / Savings Account at BMO Harris - Recei | 12,000.00 | 0.00 | | 0.00 | FA |
| 5 | Misc Household Goods and Furniture located at - | 1,000.00 | 50.00 | | 0.00 | FA |
| 6 | Personal Clothing of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Estimated 2012 Tax Refund | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Estimated 2011 Tax Refund | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2011 Chevy Avalanche - 17K milage | 38,000.00 | 2,385.00 | | 0.00 | FA |
| 10 | 2001 Harley Davidson Motocycle | 9,000.00 | 7,000.00 | | 7,000.00 | FA |
| 11 | 2003 Hydra WA21 Foot Boat | 9,000.00 | 3,000.00 | | 3,000.00 | FA |
| 11 | **Assets    Totals** (Excluding unknown values) | **$444,975.00** | **$13,010.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

ASSET SALE BACK TO DEBTOR APPROVED BY COURT.  bALANCE DUE 07/30/2013

**Initial Projected Date Of Final Report (TFR):**    September 30, 2013    **Current Projected Date Of Final Report (TFR):**    October 21, 2013  (Actual)

Printed: 02/18/2014 04:00 PM    V.13.14

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 13-80480 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | HANSEN, FRANCK E | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1766 - Checking Account |
| Taxpayer ID #: | **-***6930 | | Blanket Bond: | $606,000.00 (per case limit) |
| Period Ending: | 02/18/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/06/13 | | Franck E. Hansen | 1st pymt on Compromise | | 5,000.00 | | 5,000.00 |
| | {10} | | Pymt per compromise     2,000.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Pymt per compromise     3,000.00 | 1129-000 | | | 5,000.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 07/31/13 | {10} | Franck E. Hansen | | 1129-000 | 5,000.00 | | 9,990.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,980.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.11 | 9,965.89 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.85 | 9,952.04 |
| 11/20/13 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,750.00, Trustee Compensation; Reference: | 2100-000 | | 1,750.00 | 8,202.04 |
| 11/20/13 | 102 | Internal Revenue Service (IRS) | Distribution paid 2.07% on $344,447.89; Claim# 1; Filed: $344,447.89; Reference: | 5800-000 | | 7,137.30 | 1,064.74 |
| 11/20/13 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,064.74 | 0.00 |
| | | | Dividend paid 100.00%     1,045.00 on $1,045.00; Claim# ATTY; Filed: $1,045.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%     19.74 on $19.74; Claim# EXP; Filed: $19.74 | 3120-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 10,000.00 | 10,000.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 10,000.00 | 10,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $10,000.00 | $10,000.00 | |

| Net Receipts : | 10,000.00 |
|---|---|
| Net Estate : | $10,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1766 | 10,000.00 | 10,000.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |

{} Asset reference(s)

Printed: 02/18/2014 04:00 PM     V.13.14